470 A.2d 1022

Schaffer, Appellant, v. Mack Trucks, Inc.

Petition for Allowance of Appeal
Denied May 2, 1984.

Argued October 11, 1983. Donald H. Lipson, for appellant; Wilbur C. Creveling, Jr., for appellee.

Before SPAETH, President Judge, and MONTEMURO and POPOVICH, JJ.

Order affirmed.